# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

JOSEPH MESSINA, JR.

VERSUS

UNION CARBIDE CORPORATION,
ET AL

NO.   2021 CW 0556

**JUNE 2, 2021**

---

In Re:   St. Joseph's Roman Catholic Church, Gretna, Louisiana,
         applying for supervisory writs, 19th Judicial District
         Court, Parish of East Baton Rouge, No. 687430.

---

BEFORE:   **WHIPPLE, C.J., WELCH AND CHUTZ, JJ.**

   **STAY DENIED; WRIT DENIED.**

                    **VGW**
                    **JEW**
                    **WRC**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
    FOR THE COURT